

The district court ordered dismissal of the appeal on two grounds: (1) that the appellant "cannot establish, beyond mere speculation, that he suffered any damage as a result of the delays allegedly attributable to the defendant;" and (2) that the defendant-appellee, as a duly appointed state officer, is immune from suit regarding matters relating to his official duties.

Since we agree with the former holding we need not, and do not now decide whether court-appointed counsel has complete immunity from suit under the Civil Rights Act. Cf. Mulligan v. Schlachter, 6th Cir. 1968, 389 F.2d 231; Vance v. Robinson, W.D.N.C.1968, 292 F.Supp. 786. We find no merit in the appellant's contention that the proceedings below lacked fundamental fairness.

The district court's dismissal of the appellant's complaint is affirmed.

Affirmed.

Floyd M. Buford, Macon, Ga., for defendant-appellant.

William J. Schloth, U. S. Atty., D. L. Rampey, Jr., Asst. U. S. Atty., Macon, Ga., for plaintiff-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Judgment affirmed. See Local Rule 21.[1]

---

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Roy HILL, Defendant-Appellant.**

No. 30857

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

April 6, 1971.

**Freddie Bernard LAWRENCE, Jr., Petitioner-Appellant,**

v.

**Louie L. WAINWRIGHT, Director, Division of Corrections, State of Florida, Respondent-Appellee.**

No. 31062

Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

April 7, 1971.

---

\* Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

\*\* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.